UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
FEB 07 2011
FILED

United States of America

v.

Christian Burgos

Case No. 03-cr-200-01-PB
USM No: 03268-049
Defense Attorney: Michael C. Shklar, Esq.

Date of Previous Judgment: July 1, 2005
(Use Date of Last Amended Judgment if Applicable)

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable,

**IT IS ORDERED** that the motion is:

■ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months is reduced to _____ months.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level:          Amended Offense Level:
Criminal History Category:       Criminal History Category:
Previous Guideline Range:        Amended Guideline Range:

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS (See Attached Order)

All provisions of the judgment dated July 1, 2005 shall remain in effect.

**SO ORDERED.**

Order Date: February 7, 2011

Paul Barbadoro
United States District Judge

Effective Date:
(if different from date of order)